**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 8, 2010

Clerk, U.S. Bankruptcy Court

RE: Dawn Norris
    Bankruptcy Case No.  5-08-52788
    Unclaimed Funds For: Dawn Norris
                  50 Water Street
                  Dallas PA 18612

Dear Clerk:

   Enclosed herewith please find check No.761377 for $440.00 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                              Very truly yours,

                              Carol A. Kreider
                              Funds Manager